**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CUISINE MADE EASY, INC,<br><br>          Defendant. | Case No. 21-cv-02023-BLF<br><br>**ORDER TO SHOW CAUSE** |

No filings have been made in this case since Defendant Cuisine Made Easy, Inc. filed a certificate of interested entities on June 21, 2021. ECF No. 14. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge